IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

```
PEDRO CAMACHO CORONA,            )
                                 )
              Plaintiff,         )        8:12CV301
                                 )
     v.                          )
                                 )
DOUGLAS COUNTY DEPART. OF        )        MEMORANDUM OPINION
CORRECTIONS, Omaha Nebraska      )
(Warden), NEBRASKA MEDICAL       )
CENTER'S SURGEON (Unknown        )
name), NURSES OF DOUGLAS CO.     )
DEPARTMENT OF CORRECTIONS        )
(Unknown names), and DOCTR       )
OF DOUGLAS CO. DEPARTMENT OF     )
CORRECTIONS,                     )
                                 )
              Defendants.        )
_____)
```

This matter is before the Court on its own motion. On August 27, 2012, plaintiff filed a complaint and a motion for leave to proceed in forma pauperis ("IFP") (Filing Nos. 1 and 2). On September 14, 2012, the Court granted plaintiff's IFP motion and assessed an initial partial filing fee pursuant to 28 U.S.C. § 1915(b)(1) (Filing No. 6). The Court warned plaintiff that his case would be dismissed if he failed to pay the initial partial filing fee by October 14, 2012. (*Id.*)

The October 14, 2012, deadline has passed and plaintiff has not paid the initial partial filing fee. In addition, he has not asked for an extension of time in which to do so. Accordingly, the Court will dismiss plaintiff's case for failure to comply with the Court's September 14, 2012, memorandum and

order.  *See* Conley v. Holden, 109 Fed. Appx. 846 (8th Cir. 2004) (affirming district court's dismissal of inmate's case for failing to pay the assessed initial partial filing fee).  A separate order will be entered in accordance with this memorandum opinion.

        DATED this 25th day of October, 2012.

                BY THE COURT:

                /s/ Lyle E. Strom
                _____
                LYLE E. STROM, Senior Judge
                United States District Court

---

\* This opinion may contain hyperlinks to other documents or Web sites.  The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites.  Likewise, the Court has no agreements with any of these third parties or their Web sites.  The Court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.